DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FOUNDATION FLOORING, LLC,**
Appellant,

v.

**JAMES REICHARD** and **FADER REICHARD,**
Appellees.

No. 4D20-1154

[March 17, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE-17-000864.

Peter Ticktin, Michael Vater and Emily B. Chatzky of The Ticktin Law Group, Deerfield Beach, for appellant.

John J. Shahady of Shahady & Wurtenberger, P.A., Fort Lauderdale, for appellee Fader Reichard.

PER CURIAM.

*Affirmed. See Gaffney v. Gaffney*, 965 So. 2d 1217, 1221–22 (Fla. 4th DCA 2007) (a trial court does not abuse its discretion when it declines to consider matters raised for the first time in a rehearing motion); *Fitchner v. Lifesouth Cmty. Blood Ctrs., Inc.*, 88 So. 3d 269, 278 (Fla. 1st DCA 2012) (trial judges have the authority, *but are not required,* to consider new issues that are presented for the first time on rehearing); *see also Plantation Gen. Hosp. Ltd. P'ship v. Div. of Admin. Hearings*, 243 So. 3d 985, 993 (Fla. 4th DCA 2018) (an appellate court will not consider an argument raised for the first time in a motion for rehearing at the trial level, as it was not properly preserved for appeal); *Bennett v. Deutsche Bank Nat'l Tr. Co.*, 124 So. 3d 320, 321 (Fla. 4th DCA 2013) (same).

WARNER, DAMOORGIAN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***